**Electronically Filed
Intermediate Court of Appeals
CAAP-13-0004748
11-FEB-2014
10:31 AM**

NO. CAAP-13-0004748

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

H&R BLOCK BANK, a Missouri Federal Savings Bank,
Plaintiff-Appellee,
v.
RONALD JOHN TEASDALE, et al.,
Defendants-Appellants,
and
JOHN DOES 1-50 and JANE DOES 1-50,
Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 12-1-0149)

ORDER APPROVING THE JANUARY 30, 2014
STIPULATION TO DISMISS APPEAL
(By: Foley, Presiding Judge, Fujise and Leonard, JJ.)

Upon consideration of the "Stipulation to Dismiss Appeal" (Stipulation) filed on January 30, 2014 by Defendants-Appellants Ronald John Teasdale and Ermenia Teasdale and Plaintiff-Appellee H&R Block Bank, and the records and files herein,

IT IS HEREBY ORDERED that the Stipulation is approved, and the appeal is dismissed.  The parties shall bear their own appellate costs and fees.

DATED: Honolulu, Hawai'i,  February 11, 2014.

Presiding Judge

Associate Judge

Associate Judge